IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00132-CMA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. ISRAEL PAUL GARCIA,

　　　　Defendant.

---

**INDICTMENT**
**Counts One and Two**
18 U.S.C. § 922(g)(1)
Possession of Firearms by a Prohibited Person

**Count Three**
26 U.S.C. §§ 5841, 5861(d), and 5871
Receipt and Possession of an Unregistered Firearm

---

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 922(g)(1)

On or about March 26, 2017, in the State and District of Colorado, the defendant, ISRAEL PAUL GARCIA, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit:

1. a Glock, Model 26, 9mm handgun; and

2. a Cugir, Model M10-762, 7.62 x 39 mm rifle,

in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
18 U.S.C. § 922(g)(1)

On or about March 26, 2017, in the State and District of Colorado, the defendant, ISRAEL PAUL GARCIA, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit:

1. a Bushmaster, Model XM15-E2S, .223 caliber rifle,

in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
26 U.S.C. § 5861(d)

From a time unknown to on or about March 26, 2017, in the State and District of Colorado, the defendant, ISRAEL PAUL GARCIA, knowingly received and possessed a firearm, to wit, a silencer, not registered to him in the National Firearms Registration and Transfer Record, which is classified as a firearm, as defined in Title 26, United States Code, Section 5845(a)(7) and Title 18, United States Code, Section 921(A)(24); in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

Upon conviction of the violation alleged in Count One of this Indictment involving, Title 18, United States Code, Section 922(g)(1), the defendant, ISRAEL

PAUL GARCIA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offense.

Upon conviction of the violation alleged in Count Two of this Indictment, involving Title 26, United States Code, Section 5861(d), the defendant, ISRAEL PAUL GARCIA, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), the firearm involved in the commission of the offense.

If the property described above, as a result of any act or omission of the defendant:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, ISRAEL PAUL GARCIA, up to the value

of the forfeitable property.

                                              A TRUE BILL

                                      "Ink signature on file in Clerk's Office"
                                      FOREPERSON

ROBERT C. TROYER
Acting United States Attorney

s/ *Hetal J. Doshi*
Hetal J. Doshi
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail:  Hetal.Doshi@usdoj.gov
*Attorney for the United States*