# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: **17-cr-00132-CMA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ISRAEL PAUL GARCIA,**

Defendant.

## MOTION TO DETERMINE COMPETENCY OF DEFENDANT

Comes now the Defendant, Israel Paul Garcia, by and through his undersigned counsel, of the law firm Springer and Steinberg, P.C., and pursuant to 18 USC §4241, and moves this court for an order which schedules an examination to determine the mental competency of the Defendant while otherwise staying the case.

**AS GROUNDS THEREFOR** the Defendant states as follows:

1. Defendant Israel Paul Garcia ("Garcia") has been charged with violating 18 USC §922(g)(1) and 26 USC §5861(d)(3). The case is presently set for a four-day trial beginning July 17, 2017.

2. In preparation for trial, counsel for Garcia has now had a chance to review discovery with, and conduct interviews of, Garcia.

3. Counsel for Garcia has developed grave reservations about Garcia's ability to fully understand that nature of the pending charges or contribute to Garcia's defense. It appears that Garcia may be suffering from delusions regarding the events at issue.

4. In accordance with 18 USC §4241, Garcia, through counsel, hereby moves this court for an examination to determine Garcia's competency for trial and further requests that the court withhold determination of competency until that examination is completed.

> "We note at the outset that the existence of a genuine doubt about a defendant's competence is not what determines whether the court must order an examination pursuant to 18 USC §4244…The court need not have reasonable grounds for believing the defendant incompetent. To the contrary, a trial court is not to make such an evaluation…Once the motion is made, the trial court should defer making an evaluation of competency until after the examination has taken place." *Chavez v. U.S., 656 F.2d 512, 516 (9th Cir. 1981)*

5. For the above-stated reasons, Garcia moves the Court for an order to conduct an examination to determine Garcia's mental competency. Given the pendency of trial, Garcia would further request a stay of other proceedings until the competency evaluation is completed.

6. Undersigned counsel has consulted with Assistant United States Attorney Hetal Doshi regarding the relief requested herein. Assistant United States Attorney Doshi does not object to the request for a competency evaluation and

further asks that the pending court hearing, scheduled for Thursday, June 29, 2017 at 1:30 pm, be postponed pending resolution of this motion.

**WHEREFORE**, Defendant Israel Paul Garcia prays for the relief requested, and for such other and further relief as to the Court sees just and proper in the premises.

Dated this 27th day of June, 2017.

>Respectfully submitted,
>
>/s/ *Ryan T. Cox*
>Ryan T. Cox
>Springer & Steinberg, P.C.
>Attorneys for Joshua Cunningham
>1600 Broadway, Suite 1200
>Denver, CO 80202
>(303)861-2800 Telephone
>(303)832-7116 Telecopier
>rcox@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2017, I electronically filed the foregoing motion with the Clerk of the Court and all parties using the CM/ECF system:

>/s/ *Ryan T. Cox*
>Ryan T. Cox
>Springer and Steinberg, P.C.
>Attorneys for Joshua Cunningham
>1600 Broadway, Suite 1200
>Denver, CO 80202
>(303)861-2800 Telephone
>(303)832-7116 Telecopier
>rcox@springersteinberg.com