IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 17-cr-00132-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISRAEL PAUL GARCIA,

    Defendant.
_____

**ORDER FOR RESTORATION OF COMPETENCY
OF THE DEFENDANT**
_____

On October 12, 2017, the Court held a competency hearing in this case after having received the Forensic Evaluation dated August 21, 2017 from Dr. Jeremiah Dwyer, a forensic psychologist with the Federal Bureau of Prisons. Dr. Dwyer submitted the Forensic Evaluation pursuant to the Court's Order of June 29, 2017, Docket No. 42, committing defendant Israel Paul Garcia to the custody of the Attorney General for psychiatric and/or psychological examination pursuant to 18 U.S.C. § 4241(a).

Based upon the staff's observations of Mr. Garcia at the Federal Detention Center in Englewood, Colorado, Dr. Dwyer's review of background materials, and the results of testing, Dr. Dwyer diagnosed the defendant with Delusional Disorder, Persecutory Type and Adjustment Disorder. In support of this diagnosis, Dr. Dwyer described a number of delusional beliefs that Mr. Garcia consistently expressed to him focused on Mr. Garcia's ex-wife. Mr. Garcia did not display any insight into the irrational

nature of these beliefs. The Forensic Evaluation further noted that, although Mr. Garcia had an adequate understanding of the charges against him and the nature of the legal proceedings, Mr. Garcia "was consistently unable to apply any of this knowledge rationally when considering his own legal circumstances" and "his rational grasp of his current legal situation, and his ability to assist his attorney in his defense, is presently impaired by the presence of his current delusional beliefs."

Dr. Dwyer offered the following opinion as to Mr. Garcia's competency: "Based on the information available, there is objective evidence to indicate that Mr. Garcia does suffer from a mental disorder that significantly impairs his present ability to understand the nature and consequences of the court proceedings against him, and his ability to properly assist counsel in his defense. . . . [H]is delusional beliefs are entwined with the substance of the case against him in several respects, and thus his ability to rationally understand the proceedings, and assist in his defense, ir presently undermined; in other words, it is this clinician's opinion Mr. Garcia is not presently competent to proceed with his case."

The Forensic Evaluation recommended that Mr. Garcia be transferred to a federal medical center for treatment for restoration to competency.

At the October 12, 2017 hearing, counsel for both parties agreed that the Forensic Evaluation provided an adequate basis for the Court to commit Mr. Garcia to the custody of the Attorney General for treatment pursuant to 18 U.S.C. § 4241(d)(1). The Court agrees and finds by a preponderance of the evidence that Mr. Garcia is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the

proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(d). Therefore, it is

**ORDERED** that, pursuant to 18 U.S.C. § 4241(d)(1), defendant Israel Paul Garcia is committed to the custody of the Attorney General for placement in a suitable facility for a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial possibility that in the foreseeable future the defendant will attain the capacity to permit the proceedings to go forward. It is further

**ORDERED** that the examiner or examiners designated to conduct the psychiatric and/or psychological examination and treatment of the defendant shall prepare a report that includes the following pursuant to 18 U.S.C. § 4247(c):

1. The defendant's history and present symptoms;

2. A description of the psychiatric, psychological and medical tests that were employed and the results;

3. The examiner's findings;

4. The examiner's opinion as to diagnosis and prognosis; and

5. Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and whether there is a substantial possibility that in the foreseeable future the defendant will attain the capacity to permit the proceedings to go forward. It is further

**ORDERED** that the director of the facility where such examination and treatment is conducted shall file copies of the report with the Court on or before February 7, 2018.

DATED October 13, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge